**ECKERT**
S E A M A N S
ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
Two International Place
16th Floor
Boston, MA 02110

TEL: 617 342 6800
FAX: 617 342 6899

Nicholas J. Schneider
nschneider@eckertseamans.com
617.342.6886

November 21, 2025

*Conference adjourned to 11/26/25 at 10:00 A.M. So ordered.*

/s/ John G. Koeltl
U.S.D.J.
11/21/25

**VIA ECF**

The Honorable John G. Koeltl
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *DearDoc, Inc. v. Cloudgain, Inc., et al.*
U.S.D.C. S.D.N.Y. Case Number 1:25-cv-08953-JGK
**Assented-to Request for Adjournment of Conference**

Dear Judge Koeltl:

Pursuant to Your Honor's "Individual Practices," §§ I(C), I(D) and III(B), Defendants Cloudgain, Inc., Carmelo Camilleri, and Andrew Marc Antonio a/k/a Andrew Sussman (collectively, "Defendants") request, with Plaintiff DearDoc, Inc.'s ("DearDoc") assent, a two-day adjournment of the Conference currently scheduled for November 24, 2025, at 11:00 a.m. to be rescheduled for November 26, 2025, at 11:00 a.m. or other time on November 26, 2025, that is convenient for the Court.

Defendants timely request this two-day adjournment as undersigned counsel for Defendants has a prior commitment out of state on November 24, 2025, but is available on November 26, 2025, at 11:00 a.m. or other time on November 26, 2025, that is convenient for the Court. This is Defendants' first request for an adjournment, there are no other pending court deadlines, and the adjournment sought will neither unduly delay the resolution of this action nor prejudice any party.

DearDoc, through counsel, assents to the adjournment sought.

Sincerely,

/s/ Nicholas J. Schneider

Nicholas J. Schneider
*Counsel for Defendants Cloudgain, Inc., Carmelo Camilleri, and Andrew Marc Antonio a/k/a Andrew Sussman*
NJS/cb
cc:   Nicholas Joseph Trotta, Esq. (Counsel for Plaintiff) (*via ECF and email*)
      Venkata Bhargava Kosuru, Esq. (Counsel for Plaintiff) (*via ECF and email*)
      Irene Sinayskaya Kahn, Esq. (Counsel for Plaintiff) (*via ECF and email*)