UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

DEARDOC, INC.,

                         Plaintiff,              25-cv-8953 (JGK)

           - against -                           ORDER

CLOUDGAIN, INC., ET AL.,
                         Defendants.

———————————————————————————

**JOHN G. KOELTL, District Judge:**

For reasons stated on the record, the plaintiff's motion for a temporary restraining order is **denied.** The defendants are required to return DearDoc's computer, if any, with its current content by **December 5, 2025.** No bond is required.

The plaintiff should file its renewed motion for preliminary injunction by **December 10, 2025.** The defendants should respond by **December 30, 2025.** The plaintiff should reply by **January 9, 2026.**

The defendants should file their motion to stay or motion to dismiss by **December 10, 2025.** The plaintiff should respond by **December 30, 2025.** The defendants should reply by **January 9, 2026.**

The Clerk is respectfully directed to close ECF Nos. 14 and 15.


SO ORDERED.
Dated:    New York, New York
          November 26, 2025

                                         _____
                                              John G. Koeltl
                                       United States District Judge