UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DearDoc, Inc.,

                          Plaintiff,                25-cv-8953 (JGK)

        - against -                                 ORDER

Cloudgain, Inc., et al.,

                          Defendants.
_____

JOHN G. KOELTL, District Judge:

    By Order at ECF No. 24, the plaintiff was directed to file
any motion for a preliminary injunction by December 22, 2025. To
date, no such motion has been filed.

    The parties agreed to stay or dismiss this action in favor of
arbitration. See ECF No. 22. Therefore, this action is stayed
pending an arbitration among the parties. The parties should
report to the Court within **seven (7) days** of the completion of the
arbitration. Alternatively, if the parties wish to dismiss this
action without prejudice, the parties should advise the Court by
**January 8, 2026.**

    The Clerk is respectfully directed to close ECF No. 22 and to
stay this case.

SO ORDERED.


Dated:   New York, New York
         January 5, 2026

                                    John G. Koeltl
                              United States District Judge