UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEAR DOC, INC.,

                    Plaintiff(s)

         -against-

CLOUDGAIN, INC., et al,

                    Defendant(s).
------------------------------------------------------------X

                        25 civ 8953 (JGK)

**ORDER**

The conference scheduled for Wednesday, February 11, 2026, at 3:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      February 4, 2026